UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES DISTRICT COURT

                Plaintiff,                Case No. 2:16-17-01 and 02

v.                                    HON. ROBERT HOLMES BELL

MATTHEW GORDON LUNDY and
JORDAN MICHAEL KOSKINEN

                Defendant.
_____/

## ORDER OF DETENTION

     Defendants appeared before the undersigned on August 19, 2016 for an initial appearance on a 5 count indictment.  The government has moved for pretrial/temporary detention for both defendants (ECF Nos. 4 and 5).  Pretrial services will look into in-patient treatment opportunities for both defendants.  Defendant Lundy will be given time to consult with counsel and Defendant Koskinen expressed interest in in-patient treatment.  Detention hearing for both defendants will be set.

     Defendant shall be detained pending further proceedings.

     IT IS ORDERED

Dated:  8/19/2016                          /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            U.S. MAGISTRATE JUDGE